# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-2519

—————————————————

S. J. D.,

    Petitioner,

v.

M. E. L.,

    Respondent.

—————————————————

Petition for Writ of Certiorari—Original Jurisdiction.

October 31, 2018

PER CURIAM.

DENIED. *See Simmonds v. Perkins*, 247 So. 3d 397 (Fla. 2018).

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Joseph Alan Alvarez and Katherine B. Johnson of Zisser Law, PLLC, Jacksonville; and Michael M. Giel of Giel Family Law, P.A., Jacksonville, for Appellant.

Boris Galustov, David P. Grigaltchik, and Adam Rowe of Grigaltchik & Galustov, P.A., Jacksonville, for Appellee.